# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-5372**  **September Term, 2013**

1:10-cv-01992-RCL

Filed On: January 21, 2014 [1475935]

Electronic Privacy Information Center,

    Appellee

  v.

United States Department of Homeland Security,

    Appellant

**O R D E R**

Upon consideration of the joint motion to dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:   /s/
           Mark A. Butler
           Deputy Clerk